

## Certificate of Debtor Education

I certify that on 09/24/2018 ,  Alison Gamble

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Northern District of Alabama  .

Case Number: 18-82298

Certificate Number: 20189242016

                        Signed: /s/ Allison Geving, Ph.D.

                        Title:  President, Sage Personal Finance